UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRUCE ANTHONY McPHERSON,<br><br>        Plaintiff,<br><br>   v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, et al.,<br><br>        Defendants. | Case No.: 1:25-cv-01026-KES-SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY MOTION FOR SUMMARY JUDGMENT AS PREMATURE<br><br>(Docs. 12, 13) |

Plaintiff Michael Bruce Anthony McPherson is appearing pro se and in forma pauperis in this civil rights action. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 29, 2025, plaintiff filed a motion for summary judgment. Doc. 12. On October 21, 2025, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's motion for summary judgment be denied as premature. Doc. 13. The findings and recommendations provided that any objections were to be filed within 14 days of service. *Id*. at 3. On November 7, 2025, plaintiff filed objections. Doc. 14.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Plaintiffs' objections do not meaningfully challenge the reasoning of the findings and

recommendations. Plaintiff argues he is entitled to immediate relief because a court took judicial notice of his complaint. However, "[j]ust because the document itself is susceptible to judicial notice does not mean that every assertion of fact within that document is judicially noticeable for its truth." *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 999 (9th Cir. 2018). The magistrate judge correctly reasoned that summary judgment was premature as the Court has not yet screened plaintiff's complaint and the defendants have not appeared in this action. Having carefully reviewed the file, including plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on October 21, 2025, Doc. 13, are adopted in full;
2. Plaintiff's motion for summary judgment filed September 29, 2025, Doc. 12, is denied as premature;
3. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  November 28, 2025

_____
UNITED STATES DISTRICT JUDGE

2