# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

MICHAEL BRUCE ANTHONY
McPHERSON,

Plaintiff,

v.

CALIFORNIA DEPARTMENT OF
CORRECTIONS & REHABILITATION,
et al.,

Defendants.

Case No.: 1:25-cv-01026 KES SKO

ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS, DISMISSNG
ACTION AS FRIVOLOUS, AND DIRECTING
CLERK OF COURT TO CLOSE CASE

Doc. 16

Michael Bruce Anthony McPherson is appearing pro se and *in forma pauperis* in this civil rights action. The magistrate judge screened the complaint pursuant to 28 U.S.C. § 1915A(a). Doc. 16 at 3-5. The magistrate judge found the claims raised are frivolous and recommended the action be dismissed. *Id.* at 5.

McPherson filed objections to the findings and recommendations, asserting that when he filed this action, he "decline[d] the magistrate jurisdiction" and that the "magistrate judge is completely without jurisdiction." Doc. 17 at 1. He contends the magistrate judge was "exceeding statutory authority" by issuing "a case-dispositive order." *Id.*

Plaintiff's objections are unavailing. Party consent was not required for the magistrate judge to screen this case. A magistrate judge has the authority "to hear and determine any pretrial matter pending before the court" except motions "for injunctive relief, for judgment on the

pleadings, for summary judgment, to dismiss or quash an indictment or information made by the defendant, to suppress evidence in a criminal case, to dismiss or to permit maintenance of a class action, to dismiss for failure to state a claim upon which relief can be granted, and to involuntarily dismiss an action."  28 U.S.C. 636(b)(1).  Even with dispositive matters, a magistrate judge may "submit to a judge of the court proposed findings of fact and recommendations" without the need for the parties' consent. 28 U.S.C. 636(b)(1)(B).

Contrary to McPherson's assertions, the magistrate judge did not issue a dispositional order or act beyond the scope of her authority.  *See* 28 U.S.C. 636(b)(1)(B); *Gallegos v. Cal. Dep't of Corr. & Rehab.,* 2023 WL 3168360, at *1 (E.D. Cal. Apr. 28, 2023) ("plaintiff's purported 'declination' to magistrate judge jurisdiction has no impact on the assigned magistrate judge's authority to issue findings and recommendations").

In accordance with 28 U.S.C. § 636(b)(1), the Court conducted a de novo review of this case. Having carefully reviewed the file, the Court concludes the findings and recommendations are supported by the record and proper analysis.  McPherson does not dispute the determination that his claims are frivolous and subject to dismissal.  The Court ORDERS:

1.    The findings and recommendations issued on April 3, 2026 (Doc. 16) are ADOPTED in full.

2.    Plaintiff's complaint is DISMISSED as frivolous and without leave to amend.

3.    The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   May 1, 2026

_____
UNITED STATES DISTRICT JUDGE

2